JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-02042-SSS-DTBx | Date | February 10, 2025 |
|---|---|---|---|
| Title | *Mariela Anahi Burke v. Department of Homeland Security, et al.* | | |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:  (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

    On January 17, 2025, the Court issued an order directing Plaintiff to show cause, in writing, on or before 12:00 noon on January 31, 2025, why this action should not be dismissed for lack of prosecution [Dkt. 13]. As of today's date, Plaintiff has not responded. Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case for lack of prosecution. The Clerk is **DIRECTED** to close the case.

    **IT IS SO ORDERED.**